UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:
GALEN METRO JOHNSTON
RAMONA A JOHNSTON
310 1ST ST
NEW LEXINGTON, OH  43764

Case No:   05-55110

Judge:     C KATHRYN PRESTON

SSN(S):   XXX-XX-8336
          XXX-XX-0255

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   April 20, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| LEASE FINANCE GROUP<br>695 RANCOCAS RD STE 101<br>WESTHAMPTON, NJ  08060 | 0.09 |